1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  david@yeremianlaw.com
   Alvin B. Lindsay (SBN 220236)
3  alvin@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  DAVTYAN LAW FIRM
   Emil Davtyan (SBN 299363)
7  Emil@davtyanlaw.com
   880 E. Broadway
8  Glendale, California 91205
   Telephone: (818) 875-2008
9  Facsimile: (818) 722-3974

10 Attorneys for Plaintiff LUCIO SANCHEZ and others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIO SANCHEZ, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AM RETAIL GROUP, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 3:18-cv-00287-JCS**<br><u>CLASS ACTION</u><br><u>Assigned For All Purposes To</u>:<br>Hon. Joseph C. Spero, Courtroom G, 15th Floor<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE AWARD AT FINAL APPROVAL OF THIRD AMENDED JOINT STIPULATION OF SETTLEMENT OF CLASS AND COLLECTIVE ACTION CLAIMS**<br><br>[*Filed concurrently with Notice of Motion and Unopposed Motion; Memorandum of Points and Authorities; and Supporting Declarations of David Yeremian, Alvin B. Lindsay, Emil Davtyan, Lucio Sanchez and Jennifer Mills*]<br><br>*Following Final Approval Hearing on*:<br>Date: May 29, 2020<br>Time: 9:30 a.m.<br>Location: Courtroom G, 15th Floor<br><br>Original Complaint filed: December 15, 2017<br>First Amended Complaint: January 31, 2018<br>Second Amended Complaint: April 30, 2018<br>Date of Removal: January 12, 2018 |

## ORDER

This matter has come before the Court on the unopposed motion by Plaintiff Lucio Sanchez ("Plaintiff"), on behalf of himself and the preliminarily approved Settlement Classes of similarly situated employees of Defendant AM RETAIL GROUP, INC. ("Defendant") (together, the "Parties"), for entry of an Order awarding Attorneys' Fees, Costs and Class Representative Service Award in connection with final approval of the parties' Third Amended Joint Stipulation of Settlement of Class and Collective Action Claims ("Settlement" or "Settlement Agreement"), which resolves all of Plaintiff's class, collective, and representative claims against Defendant.

The Court granted preliminary approval to the Settlement Agreement on December 23, 2019. (ECF No. 59). Plaintiff requested, without opposition by Defendant, entry of an Order in connection with the final approval of the Settlement Agreement awarding Class Counsel reasonable attorneys' fees of up to $433,333.33, which is one-third of the Total Settlement Amount of $1.3 million, Class Counsel's reasonable costs up to $15,000.00, and awarding Plaintiff $10,000.00 as a Class Representative Enhancement and Service Award for his dedicated efforts on behalf of the Class and Collective Members.

Having considered the Notice of Motion and Unopposed Motion, the Memorandum of Points and Authorities, and the Declarations of Class Counsel David Yeremian, Alvin B. Lindsay, and Emil Davtyan, Jennifer Mills (Settlement Administration), and Plaintiff Lucio Sanchez, along with the Settlement Agreement, and having considered all submissions and arguments by Counsel, the Court grants Plaintiff's request for attorney fees, litigation costs, and class representative enhancement and service award as modified herein, and **IT IS HEREBY ORDERED THAT**:

1. Pursuant to the Settlement Agreement, preliminarily approved Class Counsel of David Yeremian & Associates, Inc. and Davtyan Law Firm have incurred and will incur reasonable attorneys' fees in this action and are hereby awarded, upon distribution following final approval, attorneys' fees of $433,333.33, which is one-third of the total settlement amount of $1.3 million;

2. Pursuant to the Settlement Agreement, preliminarily approved Class Counsel of David Yeremian & Associates, Inc. have incurred and will incur reasonable litigation costs in this

action and are hereby approved to receive, upon distribution following final approval, actual litigation costs of up to $15,000 (with Class Counsel's actually incurred costs through final approval being $14,093.26). Therefore, an award to Class Counsel of $14,093.26 for reimbursement of its incurred litigation costs is approved and awarded.

3. The Court further approves and awards a Class Representative Service Award payment of **$5,000.00** to Class Representative, Lucio Sanchez, for initiating this action, for the work he has performed, and for the risks he has undertaken in this matter.

**IT IS SO ORDERED.**

DATED: June 1, 2020

Honorable Joseph C. Spero
Chief Magistrate Judge